1034

THE STATE OF WASHINGTON, *Respondent*, v. JAMES OMEN HALLMARK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00434-3, David R. Draper, J., entered October 7, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan, A.C.J., and Van Deren, J.

THE STATE OF WASHINGTON, *Respondent*, v. CHENG HSU, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 03-1-00101-0, David Frazier, J., entered April 9, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ALICE ZAVALA, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 03-1-00118-0, Richard W. Miller, J., entered May 6, 2004. *Reversed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.

JAMES LAWSON, *Appellant*, v. STEVEN CHRISP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 99-2-00009-0, Joshua F. Grant, J. Pro Tem., entered April 15, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.